**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LIU, | Case No. CV 17-7465-SB (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARCUS POLLARD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED:  November 23, 2020

STANLEY BLUMENFELD, JR.
U.S. DISTRICT JUDGE